MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
Email: jmandour@mandourlaw.com
BEN T. LILA (SBN 246808)
Email: blila@mandourlaw.com
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: (949) 474-9330
Facsimile: (949) 474-9390

Attorneys for Defendants,
CLAY'S CLASSICS and
RON HATFIELD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| KAKEDAN, INC., a Delaware Corporation,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CLAY'S CLASSICS, a business entity of unknown status, RONALD HATFIELD, an Individual; and DOES 1-10, Inclusive,<br><br>　　Defendants. | Civil Case No. 15 CV 1116 DMG (JPRx)<br><br>**DEFENDANTS CLAY'S CLASSICS AND RONALD HATFIELD'S NOTICE OF BANKRUPTCY** |

\\
\\
\\
\\
\\
\\

United States Bankruptcy Court
Southern District of California

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 09/17/2015 at 1:16 PM and filed on 09/17/2015.

**Ronald B. Hatfield**
4113 Middlesex Drive
San Diego, CA 92116
SSN / ITIN:
*fdba* **Designer Furniture Warehouse**
*dba* **Clay's Classics**

The case was filed by the debtor's attorney:

**D.J. Rausa**
Law Offices of D.J. Rausa
1081 Camino del Rio South
Suite 207
San Diego, CA 92108
619-295-3322

The case was assigned case number 15-06031-7.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.casb.uscourts.gov or at the Clerk's Office, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101-6991.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Barry K. Lander**
**Clerk, U.S. Bankruptcy Court**

9/17/2015

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2015, I electronically filed the foregoing DEFENDANTS CLAY'S CLASSICS AND RONALD HATFIELD'S NOTICE OF BANKRUPTCY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Ben T. Lila
Ben T. Lila
Email: blila@mandourlaw.com