MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
Email: jmandour@mandourlaw.com
BEN T. LILA (SBN 246808)
Email: blila@mandourlaw.com
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone:  (949) 474-9330
Facsimile: (949) 474-9390
Attorneys for Defendants,
CLAY'S CLASSICS and
RON HATFIELD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| KAKEDAN, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CLAY'S CLASSICS, a business entity of unknown status, RONALD HATFIELD, an Individual; and DOES 1-10, Inclusive,<br><br>    Defendants. | Civil Case No. 15 CV 1116 DMG (JPRx)<br><br>**DEFENDANTS CLAY'S CLASSICS AND RONALD HATFIELD'S NOTICE OF AUTOMATIC STAY** |

\\
\\
\\
\\
\\
\\

Pursuant to the bankruptcy filing of defendants Clay's Classics and Ronald Hatfield under Chapter 7 of the United States Bankruptcy Code entered on September 17, 2015 as U.S. Bankruptcy Court, Southern District of California, Case No. 2:15-cv-01116-DMG-JPR, defendants hereby give notice that all proceedings in this above captioned matter are hereby automatically stayed pursuant to 11 U.S.C. § 362(a).

Respectfully submitted,

Dated: September 29, 2015       **MANDOUR & ASSOCIATES, APC**

/s Ben T. Lila
Ben T. Lila (SBN 246808)
Email: blila@mandourlaw.com
Attorneys for Counterclaimants and Defendants,
CLAY'S CLASSICS and
RON HATFIELD

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2015, I electronically filed the foregoing DEFENDANTS CLAY'S CLASSICS AND RONALD HATFIELD'S NOTICE OF AUTOMATIC STAY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s Ben T. Lila
Ben T. Lila
Email: blila@mandourlaw.com