UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 15-1116-DMG (JPRx)** | Date | November 5, 2015 |
|---|---|---|---|

| Title | ***Kakedan, Inc. v. Clay's Classics, et al.*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  [IN CHAMBERS] ORDER TO SHOW CAUSE WHY ENTIRE ACTION, INCLUDING COUNTER-CLAIM, SHOULD NOT BE STAYED PURSUANT TO AUTOMATIC BANKRUPTCY STAY**

On September 17, 2015, Defendants Clay's Classics and Ronald Hatfield (collectively, "Defendants") filed a Notice of Bankruptcy indicating that on September 17, 2015, Ronald B. Hatfield, dba Clay's Classics, filed a petition with the United States Bankruptcy Court under Chapter 7 of the United States Bankruptcy Code. [Doc. # 31.] On September 29, 2015, Defendants filed a Notice of Automatic Stay advising that the instant action is automatically stayed pursuant to 11 U.S.C. § 362(a). [Doc. # 32.]

Accordingly, IT IS ORDERED that the parties shall show cause in writing by **November 13, 2015**, why this entire action, including the counter-claim, should not be stayed pending the above-mentioned bankruptcy action pursuant to 11 U.S.C. § 362(a). Counsel are advised that failure to file a timely response to this Order shall be deemed consent to the stay of this entire action, including the counter-claim.